ANTHONY PISANI, Respondent, v. CARL COMINGER, Also Known as CARL COMMODORE, Appellant.—

Concur — Stevens, P. J., Capozzoli, McGivern, Kupferman and Tilzer, JJ.